1  Rosemary M. Rivas (SBN 209147)
   rrivas@zlk.com
2  **LEVI & KORSINSKY, LLP**
   44 Montgomery Street, Suite 650
3  San Francisco, CA 94104
   Telephone: (415) 291-2420
4  Facsimile: (415) 484-1294

5  *Attorneys for Plaintiffs*

6  *[Additional Counsel on signature page]*

7

8              **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10                **SAN FRANCISCO DIVISION**

11  THE VLADIMIR GUSINSKY REV. TRUST,            Case No. 3:17-cv-02150-SI
    Individually and On Behalf of All Others
12  Similarly Situated,                          **THIRD STIPULATION AND
                                                 [PROPOSED] ORDER CONCERNING
13                 Plaintiff,                    PLAINTIFFS' COUNSEL'S
                                                 ANTICIPATED APPLICATION FOR AN
14         v.                                    AWARD OF ATTORNEYS' FEES AND
                                                 EXPENSES
15  EXAR CORPORATION, GARY MEYERS,
    RYAN A. BENTON, BEHROOZ ABDI, IZAK
16  BENCUYA, PIERRE G. GUILBAULT,
    BRIAN HILTON, JEFFREY JACOBOWITZ,
17  MAXLINEAR, INC., and EAGLE
    ACQUISITION CORPORATION,
18
                   Defendants.
19

20         WHEREAS, on June 28, 2017, the Court entered a Stipulation and Order Concerning

21  Plaintiffs' Counsel's Anticipated Application for an Award of Attorneys' Fees and Expenses (the

22  "Fee Application"), which set a deadline for Plaintiffs' Fee Application for July 19, 2017;

23         WHEREAS, the parties to the Actions are continuing to engage in good faith negotiations

24  with respect to Plaintiffs' counsel's claim for attorneys' fees and expenses;

25         WHEREAS, the parties have conferred with respect to the deadline for Plaintiffs' Fee

26  Application; and

27         WHEREAS, Defendants reserve the right to oppose, in whole or in part, any claim by

28  Plaintiffs for attorneys' fees and expenses.

                                          1              Case No. 3:17-cv-02150-SI

1    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

2  attorneys for the respective parties:

3    1.    If the parties are unable to resolve Plaintiffs' counsel's claim for attorneys' fees and

4  expenses, Plaintiffs shall file any petition and supporting papers seeking such relief by no later

5  than August 9, 2017, with the hearing to be noticed in accordance with Civil Local Rule 7-2.

6    IT IS SO STIPULATED.

7    Respectfully submitted this 19th day of July, 2017.

8                                 **LEVI & KORSINSKY, LLP**

9                          By:   */s/ Rosemary M. Rivas*
                                  Rosemary M. Rivas
10                                44 Montgomery Street, Suite 650
                                  San Francisco, CA 94104
11                                Telephone: (415) 291-2420
                                  Facsimile: (415) 484-1294
12
                                  *Attorneys for Plaintiffs*
13  **OF COUNSEL:**

14  **RIGRODSKY & LONG, P.A.**
    Brian D. Long
15  Gina M. Serra
    2 Righter Parkway, Suite 120
16  Wilmington, DE 19803
    Telephone: (302) 295-5310
17  Facsimile: (302) 654-7530

18
                                  **PILLSBURY WINTHROP SHAW**
19                                **PITTMAN LLP**

20                         By:   */s/ Bruce A. Ericson*
                                  Bruce A. Ericson
21                                Four Embarcadero Center, 22nd Floor
                                  San Francisco, CA 94111
22                                Telephone: (415) 983-1560

23                                *Attorneys for Defendants EXAR*
                                  *CORPORATION, GARY MEYERS,*
24                                *RYAN A. BENTON, BEHROOZ ABDI,*
                                  *IZAK BENCUYA, PIERRE G.*
25                                *GUILBAULT, BRIAN HILTON,*
                                  *JEFFREY JACOBOWITZ*
26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILSON SONSINI GOODRICH & ROSATI**

By:  */s/ Catherine Moreno*
     Catherine Moreno
     650 Page Mill Road
     Palo Alto, CA 94304
     Direct:  650.565.3503
     Phone:  650.493.9300
     Fax:  650.493.6811

     *Attorneys for Defendants*
     *MAXLINEAR, INC. AND EAGLE*
     *ACQUISITION CORPORATION*

## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1 regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from all signatories.

     */s/ Rosemary M. Rivas*
     Rosemary M. Rivas

                                      Case No. 3:17-cv-02150-SI
STIPULATION AND [PROPOSED] ORDER

4814-8097-0569.v2

1

**[PROPOSED] ORDER**

2      Based on the foregoing stipulation and good cause being shown, the Court hereby

3 GRANTS the parties' Stipulation.  The Court hereby orders as follows:

4      If the parties are unable to resolve Plaintiffs' counsel's claim for attorneys' fees and

5 expenses, Plaintiffs shall file any petition and supporting papers seeking such relief by no later

6 than August 9, 2017, with the hearing to be noticed in accordance with Civil Local Rule 7-2.

7

8 **SO ORDERED** this _____20th_____ day of __July__, 2017.

9

10      _____

11      Hon. Susan Illston
        Senior United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28