Rosemary M. Rivas (SBN 209147)
rrivas@zlk.com
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

*Attorneys for Plaintiff*

*[Additional Counsel on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE VLADIMIR GUSINSKY REV. TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXAR CORPORATION, GARY MEYERS, RYAN A. BENTON, BEHROOZ ABDI, IZAK BENCUYA, PIERRE G. GUILBAULT, BRIAN HILTON, JEFFREY JACOBOWITZ, MAXLINEAR, INC., and EAGLE ACQUISITION CORPORATION,<br><br>Defendants. | Case No. 3:17-cv-02150-SI<br><br>**NOTICE OF AGREEMENT REGARDING AWARD OF ATTORNEYS' FEES AND EXPENSES** |

WHEREAS, on June 12, 2017, the Court entered a Stipulation and Order Concerning Plaintiff's Voluntary Dismissal and Plaintiffs' Counsel's Anticipated Application for an Award of Attorneys' Fees and Expenses (the "Stipulated Order") in the above-captioned action (the "Action"), which dismissed the Action with prejudice as to plaintiff only, and without prejudice as to other members of the putative class;

WHEREAS, in the Stipulated Order, the Court retained jurisdiction over the Action solely for purposes of proceedings related to the adjudication of plaintiffs' anticipated application for attorneys' fees and expenses (the "Fee Application");

1  WHEREAS, the parties to the Action and the related action, *Marshall v. Exar Corp.*, Case
2  No. 3:17-cv-02334-WHO, have reached an agreement to resolve the Fee Application; and
3  NOW, THEREFORE, PLEASE TAKE NOTICE that the parties respectfully submit that
4  it is appropriate for the Court to close this Action for all purposes.
5  Respectfully submitted this 10th day of August, 2017.

**LEVI & KORSINSKY, LLP**

By:  */s/ Rosemary M. Rivas*
Rosemary M. Rivas
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

*Attorneys for Plaintiff*

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Brian D. Long
Gina M. Serra
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Telephone: (302) 295-5310
Facsimile: (302) 654-7530